UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case Number 16-20443
        Honorable David M. Lawson

DAVID LARA-FLORES,

        Defendant.

_____/

## ORDER GRANTING MOTION FOR COMBINED PLEA AND SENTENCING

This matter is before the Court on defendant David Lara-Flores's unopposed motion for a combined plea and sentencing hearing. Lara-Flores was arrested on January 26, 2016 in Monroe County, Michigan for being found in the United States after having been removed. A criminal complaint was filed on June 6, 2016. Lara-Flores was appointed counsel and subsequently agreed to waive proceeding by way of an indictment. On June 17, 2016, the government filed a single-count information charging him with unlawful re-entry in violation of 8 U.S.C. § 1326(a).

The government provided discovery to defense counsel, and based on the discovery defense counsel predicts that Lara-Flores's advisory guideline range will be one to seven months. Lara-Flores has been in custody for over six months, although some of that time was spent serving two 93-day jail terms on misdemeanor charges. Defense counsel argues that if this case is not expedited, Lara-Flores risks serving more time than is recommended by the sentencing guidelines. Defense counsel is working with the probation department to expedite the presentence report, and the government has agreed to a combined plea and sentencing hearing. The Court has reviewed the motion and finds that it ought to be granted.

Accordingly, it is **ORDERED** that the defendant's motion for a combined plea and sentencing hearing is **GRANTED**.  The combined plea and sentencing hearing is scheduled for **August 17, 2016 at 3:00 p.m.**

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: July 14, 2016

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 14, 2016.

s/Susan Pinkowski
SUSAN PINKOWSKI